UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                    :

T.C. and T.C., on behalf of their minor child, C.C.,   :

          Plaintiffs,   :

                    :          21-CV-4325 (JMF)

        -v-          :

                    :            ORDER

NEW YORK CITY DEPARTMENT OF EDUCATION,   :

          Defendant.   :

                    :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's Order dated May 14, 2021, the parties were required to confer regarding whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all proceedings before the assigned Magistrate Judge. *See* ECF No. 5. If both parties consent, they were required to email to Furman_NYSDChambers@nysd.uscourts.gov a fully executed Notice, Consent, and Reference of Civil Action to a Magistrate Judge Form within two weeks of the date on which Defendant enters an appearance. If either party does not consent, they were to file, by the same date, a joint letter advising the Court that the parties do not consent. To date, the parties have not satisfied their obligations. As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **June 29, 2021**.

       SO ORDERED.

Dated: June 22, 2021
      New York, New York                            
                                      JESSE M. FURMAN
                                  United States District Judge