

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __10/18/2021__

| | | |
|---|---|---|
| **GEORGIA M. PESTANA**<br>*Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>L**AW** D**EPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **MARTIN BOWE**<br>*Assistant Corporation Counsel*<br>Cell: (646) 498-7178<br>Desk: (212)356-0894 |

October 18, 2021

**VIA ECF**
Hon. Katherine H. Parker
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**APPLICATION GRANTED**

*/s/ Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
10/18/2021

Re:  *T.C. v. New York City Dept. of Educ.*, 21-cv-4325(JMF)(KHP)

Dear Judge Parker:

    I am a Assistant Corporation Counsel in the office of Corporation Counsel Georgia M. Pestana, supervising attorney for the Defendant in the above-referenced action wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq*., as well as for this action.

    I write to inform the Court that this case has now been fully resolved, and thus respectfully request that the conference scheduled for tomorrow October 19 at 10:45 be cancelled *sine die*.  We had hoped to settle the case last week and thus have unburdened the Court's calendar sooner, but due to administrative delays caused by my absence from the office for nearly a week, we were unable to accomplish settlement until today.

    We respectfully request that the parties be given 30 days to submit an executed stipulation of settlement, and that the conference scheduled for tomorrow be cancelled *sine die.*

    Thank you for considering this submission.

Respectfully submitted,

*/s/*
Martin Bowe
Senior Assistant Corporation Counsel

cc:     Steven Alizio, Esq (via ECF)